# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:    Steven B Lewis                                    Case No.    18-33310   -MBK

                Debtor(s)                                              Chapter 7

## NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Michael B. Kaplan, United States Bankruptcy Judge.

SUBJECT OF HEARING:  Issues Regarding Proposed Reaffirmation Agreement between Debtor and
Creditor ___American Honda Finance Corp_____

- [ ] Excessive Interest Rate
- [ ] Debtor Part C Incomplete
- [ ] Insufficient Income
- [ ] Relates to a Mortgage
- [ ] Creditor Payment Information Incomplete
- [ ] Relying on 3rd Party Income
- [x] Other: no attorney signature
- [x] Presumption of Undue Hardship

LOCATION OF HEARING:  Clarkson S. Fisher United States Courthouse
Courtroom #8
402 East State Street
Trenton, NJ  08608

DATE AND TIME:    3/14/19    at    10:00AM

PRIOR to the Hearing Date, Pro Se Debtors may call Chambers at to 609 858 9397 to Request a Hearing by Telephone.

Parties Wishing to Appear in Person Must Advise Chambers Prior to the Hearing Date,
<u>Otherwise the Matter Will Be Heard on the Papers</u>

Please note that the Director of the Administrative Office of the United States Courts has published a recommended form of Reaffirmation Agreement, Form B240A (4/10) and Reaffirmation Agreement Cover Sheet, Form B27 (12/09).  These forms are available on this Court's website at www.njb.uscourts.gov. Click on Forms, then AO Procedural Forms. If you have not already done so, please file a substitute Reaffirmation Agreement using Form B240A (4/10) and Reaffirmation Agreement Cover Sheet using Form B27 (12/09).

Clerk

Jeanne A Naughton

I hereby certify that I mailed a copy of the above notice to:

Debtor(s); Attorney for the Debtor(s)(if any); Creditor; Attorney for the Creditor (if any);
United States Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Steven B Lewis
       Debtor

Case No. 18-33310-MBK
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 21, 2019
Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2019.
db     +Steven B Lewis,     20 Craig Street,     Hazlet, NJ 07730-1625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr     E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 22 2019 00:17:25     American Honda Finance Corp.,     P.O. Box 168088,     Irving, TX 75016-8088
                                                                                                                            TOTAL: 1

***** BYPASSED RECIPIENTS *****
NONE.                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2019 at the address(es) listed below:
         Barry Frost     trustee@teichgroh.com, NJ94@ecfcbis.com
         Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-2, Mortgage-Backed Notes, Series 2017-2    kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
         Warren Brumel    on behalf of Debtor Steven B Lewis wbrumel@keyportlaw.com, brumellawecf@gmail.com
                                                                                                     TOTAL: 4