**Order Filed on March 14, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-33310 |
|---|---|---|
| Steven B Lewis | Chapter: | 7 |
| | Hearing Date: | 3/14/2019 |
| | Judge: | Michael B. Kaplan |

### ORDER CONCERNING REAFFIRMATION AGREEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 14, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having reviewed the reaffirmation agreement between the debtor and

___American Honda Finance Corp___ filed in this case on _____02/15/2019_____, it is

hereby ORDERED that:


❑ The reaffirmation agreement is APPROVED.


■ The reaffirmation agreement is NOT APPROVED. However, the Court finds and

concludes that the debtor(s) has fully complied with the deadlines of 11 U.S.C. § 521(a)(2),

521(a)(6) and 362(h). Accordingly, the creditor must seek further order of this Court to exercise any

remedies under the subject installment loan agreement with respect to any pre-petition non-

monetary defaults thereunder.


IT IS FURTHER ORDERED that pursuant to D.N.J. LBR 4001-2:

(a) It shall not be a violation of the automatic stay or the discharge injunction for secured

creditors to send regular monthly statements and payment coupons to individual debtors in cases under

Chapter 7, Chapter 13, and Chapter 11 of the Bankruptcy Code.


(b) In the event that debtors fail to make timely payments, it shall not be a violation of the

automatic stay or the discharge injunction for secured creditors to send reminder statements,

provided that the statements are informational only, and do not demand payment.

*revised 12/16/14*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-33310-MBK
Steven B Lewis                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 1           Date Rcvd: Mar 14, 2019
                           Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db          +Steven B Lewis,   20 Craig Street,   Hazlet, NJ 07730-1625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
          Barry Frost    trustee@teichgroh.com,  NJ94@ecfcbis.com
          Kevin Gordon McDonald   on behalf of Creditor   U.S. Bank National Association, as indenture
           trustee, for the holders of the CIM Trust 2017-2, Mortgage-Backed Notes, Series 2017-2
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          Warren Brumel   on behalf of Debtor Steven B Lewis wbrumel@keyportlaw.com,
           brumellawecf@gmail.com
                                                                        TOTAL: 4