**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Steven B Lewis**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2491<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–33310–MBK | |

# Order of Discharge                                                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Steven B Lewis

3/15/19                                              **By the court:**   Michael B. Kaplan
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-33310-MBK
Steven B Lewis                                                                  Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1            Date Rcvd: Mar 15, 2019
                              Form ID: 318               Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
db            +Steven B Lewis,    20 Craig Street,    Hazlet, NJ 07730-1625
517891764     +Dina L. Lewis,    20 Craig St,    Hazlet, NJ 07730-1625
517889973     +EZPass,   Att: RMCB,    4 Westchester Plaza,    Suite 110,    Elmsford, NY 10523-1615
517889979     +Sears Mastercard,    PO Box 6275,    Sioux Falls, SD 57117-6275
517889982     +U.S. Dept of Education,    400 Maryland Ave SW,    Washington, DC 20202-0008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 16 2019 01:16:38     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 16 2019 01:16:33     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             EDI: HNDA.COM Mar 16 2019 04:38:00     American Honda Finance Corp.,    P.O. Box 168088,
                 Irving, TX  75016-8088
517889974      EDI: HNDA.COM Mar 16 2019 04:38:00     Honda Financial Services,    PO Box 166469,
                 Irving, TX 75016-6469
517889972      EDI: CAPITALONE.COM Mar 16 2019 04:38:00     Capital One,    Bankruptcy Department,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
517889975      EDI: IIC9.COM Mar 16 2019 04:38:00     IC System, Inc.,    PO Box 64378,
                 Saint Paul, MN 55164-0378
517889977      EDI: IRS.COM Mar 16 2019 04:38:00     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
517889978      EDI: NAVIENTFKASMSERV.COM Mar 16 2019 04:38:00     Navient,    PO Box 9640,
                 Wilkes Barre, PA 18773-9640
517889980      E-mail/Text: jennifer.chacon@spservicing.com Mar 16 2019 01:18:03
                 Select Portfolio Servicing Inc,    PO Box 65250,   Salt Lake City, UT 84165-0250
517892261     +EDI: RMSC.COM Mar 16 2019 04:38:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517889981      EDI: RMSC.COM Mar 16 2019 04:38:00     Synchrony Bank JCPenny,    Att: Bankruptcy,
                 PO Box 965064,    Orlando, FL 32896-5064
517889983     +EDI: VERIZONCOMB.COM Mar 16 2019 04:38:00     Verizon Wireless,    Att: Correspondence - Bkcy,
                 PO Box 5029,   Wallingford, CT 06492-7529
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517889976*      Internal Revenue Service,   Insolvency Unit,    PO Box 744,   Springfield, NJ 07081
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as indenture
               trustee, for the holders of the CIM Trust 2017-2, Mortgage-Backed Notes, Series 2017-2
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren Brumel    on behalf of Debtor Steven B Lewis wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
                                                                                              TOTAL: 4
```